# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSIE E. JAMES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-07-865-R |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered August 17, 2007 [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this case is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma, the district in which the conviction which Petitioner is challenging was obtained.

**It is so ordered this 10th day of September, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE